**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MCDONALD SUTTON ) | Case No. 20−34504−KLP |
| JENNIFER GILBERT SUTTON ) | Chapter 13 |
| ) | |
| Debtors ) | |
| | |
| MCDONALD SUTTON, ET AL. ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| ALLY FINANCIAL, INC. ) | |
| c/o C T CORPORATION SYSTEM, R/A ) | |
| 4701 Cox Rd., Suite 285 ) | |
| Glen Allen, VA, 23060-6808 ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE**
**AND FOR RESPONDENT TO SHOW CAUSE WHY IT SHOULD NOT**
**BE HELD IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY**

COME NOW, the Debtors, by counsel, and as and for their Motion to Turnover Property of the Estate and for Respondent to Show Cause Why it Should Not be Held in Contempt for Violation of the Automatic Stay, state as follows:

1. On or about October 28, 2020 the Debtors' 2017 Ford Expedition ("Vehicle") was repossessed by Respondent, Ally Financial, Inc. ("Ally Financial").

2. On or about November 10, 2020, the Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code wherein the Respondent, Ally Financial, is scheduled as a creditor secured by a lien on a the Vehicle.

3. On November 10, 2020 Ally Financial was notified of said Chapter 13 filing and demand was made for return of the Vehicle.

4. Since that date numerous demands have been made on Ally Financial for return of the Vehicle and said Respondent has failed and refused to surrender the vehicle to the Debtors, for which reason resort to this process is necessitated.

5. The Debtors' Chapter 13 Plan will propose to pay the full amount of the lien on the Vehicle, with interest.

6. Possession of this Vehicle is necessary to effective reorganization by the Debtors and the Respondent's continued possession of the Vehicle has the effect of thwarting an otherwise effective reorganization and is in violation 11 U.S.C. §§ 362 and 542, and in violation of the ruling in Tidewater Finance Company v. Moffett, 288 BR 721 (E.D. Va. 2002).

7. The aforesaid actions of Ally Financial is a clear and blatant violation of 11 U.S.C. § 362.

8. The foregoing actions of Ally Financial were done knowingly and intentionally.

9. As a direct and proximate result of the foregoing actions of Ally Financial, the Debtors and their family have had suffered great inconvenience and has been forced to incur costs and attorney's fees.

### MEMORANDUM IN SUPPORT OF MOTION

There is no dispute that Ally Financial's failure to return the Vehicle is a violation of the automatic stay, specifically, 11 U.S.C. § 362(a)(3) and (6). The Debtors are seeking damages against Ally Financial pursuant to 11 U.S.C. § 362(h) which provides:

> An individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorney's fees, and, in appropriate circumstances, may recover punitive damages.

The foregoing facts warrant not only compensatory, but punitive damages as well. Ally Financial is fully aware of the bankruptcy laws. There is no question that many of its customers have filed for relief with this and other courts around the state. The record clearly indicates that Ally Financial was fully aware of the Debtors' filing as evidenced by the inclusion of Ally Financial in the Debtors' mailing matrix and schedules. Notwithstanding its knowledge of the Chapter 13 filing, Ally Financial has and continues to wrongfully deny the Debtors possession of the Vehicle.

WHEREFORE, the Debtors, respectfully request that the Court enter an order:

a. Finding Ally Financial, Inc. guilty of civil contempt.

b. Ordering Ally Financial to immediately return the Vehicle to the Debtors.

c. Awarding the Debtors compensatory damages plus the Debtors' costs and attorney's fees in accordance with 11 U.S.C. § 362(h).

d. Awarding the Debtors punitive damages in accordance with 11 U.S.C. § 362(h).

e. Awarding such other relief as the Court may seem just and appropriate.

Dated: November 20, 2020

    Respectfully Submitted,

    MCDONALD SUTTON
    JENNIFER GILBERT SUTTON

    By: /s/ James E. Kane
        James E. Kane (VSB #30081)
        KANE & PAPA, P.C.
        1313 East Cary Street
        Richmond, Virginia  23219
        Telephone: (804) 225-9500
        Facsimile: (804) 225-9598
        Email: jkane@kaneandpapa.com
        *Counsel for Debtors*

## CERTIFICATE OF SERVICE

      I certify that on November 20, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States trustee, by first class mail to the parties on the attached matrix, and to:

          ALLY FINANCIAL, INC.
          c/o C T CORPORATION SYSTEM, R/A
          4701 Cox Rd., Suite 285
          Glen Allen, VA, 23060-6808

And by Fax to:

          ALLY FINANCIAL, INC.
          Attn: Bankruptcy Department
          651-367-2005


                      /s/ James E. Kane
                      Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MCDONALD SUTTON | ) | Case No. 20−34504−KLP |
| JENNIFER GILBERT SUTTON | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | | |
| MCDONALD SUTTON, ET AL. | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLY FINANCIAL, INC. | ) | |
| c/o C T CORPORATION SYSTEM, R/A | ) | |
| 4701 Cox Rd., Suite 285 | ) | |
| Glen Allen, VA, 23060-6808 | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtors have filed a Motion to Turnover Property of the Estate and for Respondent to Show Cause Why it Should Not be Held in Contempt for Violation of the Automatic Stay.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

>   Clerk of Court
>   United States Bankruptcy Court
>   701 East Broad Street
>   Richmond, VA  23219

You must also mail a copy to:

>   James E. Kane, Esquire
>   Kane & Papa, P.C.
>   1313 East Cary Street
>   Richmond, Virginia  23219

- Attend a hearing scheduled for **December 2, 2020 at 10:00 a.m. in Honorable Keith L. Phillips' Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5100, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

>   MCDONALD SUTTON
>   JENNIFER GILBERT SUTTON


>   By:  /s/ James E. Kane
>           James E. Kane (VSB #30081)
>           KANE & PAPA, P.C.
>           1313 East Cary Street
>           Richmond, Virginia  23219
>           Telephone: (804) 225-9500
>           Facsimile: (804) 225-9598
>           Email: jkane@kaneandpapa.com
>           *Counsel for Debtors*

## CERTIFICATE OF SERVICE

      I certify that on November 20, 2020, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtors, Chapter 13 trustee, the United States trustee, by first class mail to the parties on the attached matrix, and to:

>ALLY FINANCIAL, INC.
>c/o C T CORPORATION SYSTEM, R/A
>4701 Cox Rd., Suite 285
>Glen Allen, VA, 23060-6808

And by Fax to:

>ALLY FINANCIAL, INC.
>Attn: Bankruptcy Department
>651-367-2005

      /s/ James E. Kane
      Counsel for Debtors

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    UST smg Richmond
0422-3                                    4515 N Santa Fe Ave. Dept. APS                  Office of the U. S. Trustee
Case 20-34504-KLP                         Oklahoma City, OK 73118-7901                    701 East Broad St., Suite 4304
Eastern District of Virginia                                                              Richmond, VA 23219-1849
Richmond
Fri Nov 20 13:32:32 EST 2020

United States Bankruptcy Court            AR Resources Inc.                               AR Resources, Inc.
701 East Broad Street                     PO Box 1056                                     Attn: Bankruptcy
Richmond, VA 23219-1888                   Blue Bell, PA 19422-0287                        Po Box 1056
                                                                                          Blue Bell, PA 19422-0287

Ally Financial                            Bank of America                                 Bk Mckenny
Attn: Bankruptcy                          Attn: Bankruptcy                                20718 First Street
Po Box 380901                             4909 Savarese Circle                            Mc Kenney, VA 23872-2703
Bloomington, MN 55438-0901                Tampa, FL 33634-2413

CJW Medical Center                        CJW Medical Center                              Capital One Auto Finance
PO Box 740760                             PO Box 99400                                    Attn: Bankruptcy
Cincinnati, OH 45274-0760                 Louisville, KY 40269-0400                       Po Box 30285
                                                                                          Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of   (p)JPMORGAN CHASE BANK  N A                    Chesterfield County Treasurer
AIS Portfolio Services, LP                BANKRUPTCY MAIL INTAKE TEAM                     9901 Lori Road
4515 N Santa Fe Ave. Dept. APS            700 KANSAS LANE FLOOR 01                        P.O. Box 70
Oklahoma City, OK 73118-7901              MONROE LA 71203-4774                            Chesterfield, VA 23832-0906

Chippenham Hospital                       Citi/Sears                                      Citibank
c/o NCO Financial Systems                 Citibank/Centralized Bankruptcy                 Citicorp Credit Srvs/Centralized Bk dept
P.O. Box 15993                            Po Box 790034                                   Po Box 790034
Wilmington, DE 19850-0000                 St Louis, MO 63179-0034                         St Louis, MO 63179-0034

Citibank/Best Buy                         Cjw Medical Center                              Comenity Bank/Victoria Secret
Citicorp Credit Srvs/Centralized Bk dept  Resurgent Capital Services                      Attn: Bankruptcy
Po Box 790034                             PO Box 1927                                     Pob 182125
St Louis, MO 63179-0034                   Greenville, SC 29602-1927                       Columbus, OH 43218-2125

Commonweath Pediatrics                    First Premier Bank                              (p)FOCUS RECEIVABLES MANAGEMENT LLC
c/o CAB                                   Attn: Bankruptcy                                1130 NORTHCHASE PARKWAY STE 150
8002 Discovery Dr, Ste 311                Po Box 5524                                     MARIETTA GA 30067-6429
Henrico, VA 23229-8601                    Sioux Falls, SD 57117-5524

Henrico Doctor's Hospital                 Henrico Doctors Hospital                        Henrico Federa;l Credit Union
PO Box 740760                             1602 Skipwith Rd                                Attn: Bankruptcy
Cincinnati, OH 45274-0760                 Henrico, VA 23229-5298                          9401 West Broad St
                                                                                          Henrico, VA 23294-5331

Internal Revenue Service                  James River Emergency Group                     Kohls/Capital One
Centralized Insolvency Operati            P.O. Box 660827                                 Attn: Credit Administrator
P. O. Box 7346                            Dallas, TX 75266-0827                           Po Box 3043
Philadelphia, PA 19101-7346                                                               Milwaukee, WI 53201-3043
```

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Parrish and Lebar, L.L.P.<br>5 East Franklin Street<br>Richmond, VA 23219-2105 | Rebecca Phillips<br>12956 Grove Hill Rd<br>Midlothian, VA 23114-5559 |
| Receivable Management<br>7206 Hull Street Rd Ste<br>Richmond, VA 23235-5826 | St Francis Medical Center<br>P O Box 404893<br>Atlanta, GA 30384-4893 | Stony Point Surgrey<br>8700 Stony Point Parkway<br>Suite 100<br>Richmond, VA 23235-1968 |
| Synchrony Bank/ Old Navy<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TACS<br>P O Box 31800<br>Henrico, VA 23294-1800 | Touchstone Bank<br>20718 First Street<br>Mc Kenney, VA 23872-2703 |
| United Consumers Inc<br>Attn: Bankruptcy Dept<br>Po Box 4466<br>Woodbridge, VA 22194-4466 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Valley Credit Service, Inc<br>Attn: Bankruptcy<br>Po Box 2162<br>Hagerstown, MD 21742-2162 |
| Vervent/yamaha Motor F<br>Po Box 504125<br>San Diego, CA 92150-4125 | Virginia Credit Union<br>Attn: Bankruptcy<br>Po Box 90010<br>Richmond, VA 23225-9010 | Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Jennifer Gilbert Sutton<br>11841 Winterpock Road<br>Chesterfield, VA 23838-1656 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 |
| McDonald Sutton<br>11841 Winterpock Road<br>Chesterfield, VA 23838-1656 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-0000 | Focus Receivables Management<br>1130 North Chase Pkwy Ste 150<br>Marietta, GA 30067-0000 | VA Dept. of Taxation<br>Office of Customer Services<br>PO Box 1115<br>Richmond, VA 23218-0000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Virginia Dept. of Taxation
P O Box 2156
Richmond, VA 23218-2156

End of Label Matrix
Mailable recipients   48
Bypassed recipients    1
Total                 49